**FILED**

DEC 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1  Ruchell Cinque Magee
3A2 – 131  #A92051
2  Box 3471, CSP
Corcoran, CA    93212

3

4

5

6

7

8               U.S. DISTRICT  COURT FOR  THE

9                   DISTRICT OF COLUMBIA

10   Ruchell Cinque Magee,

11          Petitioner

Case: 1:07-cv-02209
Assigned To : Unassigned
Assign. Date : 12/07/2007
Description: Habeas Corpus

12   Vs-                              )
                                      )
13                                    )
Bill Clinton, Ex President           )
14   United States, and Slave        )   APPLICATION FOR CLEARANCE
                                      )
15   Practicing over Corcoran        )   AND ENDORSEMENT OF HABEAS
                                      )
     Prison ( Platation )            )   CORPUS
16                                    )
                                      )
17          Respondent
        -----------------------

18

19     TO: THE JUDGE Presiding, outside of COINTELPRO, if any.

20        Petitioner is confined in a slave camp

21   known as Corcoran prison, one of the Bill Clinton's

22   personal and private slave camps used to degrade

23   poor people, (blacks in particular) at Corcoran, California.

24        Said confinement and restraints are illegal, and

25   in violation of Due Process.

26        A slave sentence of life rest on Bill Clinton's

27   racist document referred as the Anti-Terrorist Act,

28   signed by that sex pervert and rapist 1996

**RECEIVED**

NOV - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## JURISDICTION

The jurisdiction of this court is invoked pursuant to 28 U.S.C. § 1651

## STATE OF FACT

Writ of Habeas Corpus has been ordered to go forward based on showing the petitioner is subjected to false imprisonment as result of Bill Clinton's racist slave document signed as law above all laws, and above the American people

Federal Habeas is entitled RUCHELL CINOUE MAGEE NO Cv 07 - 0091 TEH - U.S District Court, Northern District Of California, filed January 2007

The same habeas Petition/evidence of Innocence supported by jury acquittal has been ORDERED to go forward    ( EXHIBIT-1, Court Order, Attached Hereto)

However, Clinton's private slave law that strips poor people's evidence of credibility, placed the evidence of innocence and jury acquittal on the 1970 kidnap count in the hands of COINTELPRO ( a secrete racist group who practicing slavery under color of justice ) who benefits 100 % from Bill Clinton's racist document.

The racist document does an assault on the jury system, on the blind side of the public

Application for Clearance and Mandate was filed June 2, 2007, and August 1, 2007 with the U.S.9th

1    Circuit Court of Appeals, where COINTELPRO, on orders

2    of Bill Clinton has applied its private gag rule

3    (obstructing Due Process Hearing), in violation of the

4    District Court's Order

5         COINTELPRO's gag rule is Numbered 92-80382.

6

7         Cointelpro will not provide a date or copy
     of its denial, therefore, obstruct appeal to the U.S

8    SUPREME COURT.

9         As result of Clinton's racist slave law,
     the petitioner has no other legal or appeal -but to

10

11   seek Clearance against corrupted judges systematic

12   abuse of power

13        Habeas Corpus corpus show Clinton's racist slave

14   document has become a life prison sentence, as in slavery

15   in the case of acquittal

16        The racists involved may all be mentally ill

17   Because they uses stagged situations, as the REBELLION

18   OF AUGUST 7, 1970 in Marin County where four people

19   was killed  by Clinton's slave operation    One included

20   killed was a Superior Court judge of Marin County

21        By concealing jury acquittal, the racists

22   uses the media, same way with the their war in Arab

23   Country, to make the petitioner appear convicted of

24   kidnap and murder, knowing their charges are false in the

25   case of acquittal

                    RELEIF SOUGHT

27        WHEREFORE, the Court is requested to acknowledge

1    1   Habeas Corpus evidence of Innocence supported by

2  jury acquittal:

3    2   Bill Clinton's document obstructing habeas corpus

4       releif need be publicly exposed a racist slave law

5      and threat to the public

6    3   The case consist of clear judge abuse the

7       Supreme Court mav interven to assist the U S

8       District Court.

9    4   COINTELPRO (racists) have no legal authority

10      to practice slavery, under Bill Clinton's slave

11      law or otherwise,

12    5.   The American people effected, have rights to

13       ~~to~~ arm themselves and fight back, until Bill

14       Clinton and his racist operation is locked in jail,

15       or put in the ground  upon made to drink their own

16       blood.

17

18    6   Bill Clinton need be held in full accouble

19  for its own acts

20

21    I certify under penalty of perjury the foregoing

22  is true and correct to the best of my knowledge and

23   belief

24   Dated: September 2, 2007

25

RUCHELL CINOUE Magee

26

27

28

4

E-Filing, HABEAS, ProSe

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-00091-TEH
## Internal Use Only

Magee v. Scribner
Assigned to: Hon. Thelton E. Henderson
Demand: $0
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 01/05/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Ruchell Cinque Magee**

represented by **Ruchell Cinque Magee**
#: A92051, 3A2-
California State Prison
Post Office Box 3471
Corcoran, CA 93212
PRO SE

V.

**Respondent**

**A. K. Scribner**
*Warden*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/05/2007 | ◑1 | PETITION for a Writ of Habeas Corpus - [No Process] [Filing Fee: $5.00, Receipt No. 3411001357]. Filed by Petitioner Ruchell Cinque Magee. (tn, COURT STAFF) (Filed on 1/5/2007) (Entered: 01/09/2007) |
| 01/05/2007 | ◑2 | AFFIDAVIT for Disqualification of Judge Thelton E. Henderson Filed by Petitioner Ruchell Cinque Magee. (tn, COURT STAFF) (Filed on 1/5/2007) (Entered: 01/09/2007) |
| 01/05/2007 | ◑3 | APPLICATION for Clearance Filed by Petitioner Ruchell Cinque Magee. (tn, COURT STAFF) (Filed on 1/5/2007) (Entered: 01/09/2007) |
| 05/11/2007 | ◑4 | ORDER RE ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES: Case designated for electronic filing. Effective immediately all represented parties will e-file their submissions to the court. Represented parties will be required to serve paper copies by mail on unrepresented parties. Unrepresented litigants will continue to file and serve all submissions to the court in paper form unless prior leave is obtained from the assigned judge. Signed by Chief Judge Vaughn Walker dated 5/11/07. Copy mailed to counsel of record. (tn, COURT |

STAFF) (Filed on 5/11/2007) (Entered: 05/17/2007)