FILED
DEC 0 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RUCHELL CINQUE MAGEE

    Petitioner

CASE NO. 07 2209

vs.

Bill Clinton President

    Respondent

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, RUCHELL C. MAGEE, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____ Net: _____N/A_____

Employer: _____N/A_____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

RECEIVED
NOV - 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____

- 1 -

1  and wages per month which you received.  (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _____Bill Clinton's Private Slave Camp - Corcoran,_____
4  _____California_____
5  _____

6  2.  Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8      a.  Business, Profession or                    Yes ___ No ✗
9          self employment
10     b.  Income from stocks, bonds,                 Yes ___ No ✗
11         or royalties?
12     c.  Rent payments?                             Yes ___ No ✗
13     d.  Pensions, annuities, or                    Yes ___ No ✗
14         life insurance payments?
15     e.  Federal or State welfare payments,         Yes ___ No ✗
16         Social Security or other govern-
17         ment source?

18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____

22  3.  Are you married?                              Yes ___ No ✗
23  Spouse's Full Name: _____N/A_____
24  Spouse's Place of Employment: _____N/A_____
25  Spouse's Monthly Salary, Wages or Income:    N/A
26  Gross $_____N/A_____ Net $_____N/A_____
27  4.  a.  List amount you contribute to your spouse's support : $ ___0___
28      b.  List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____        - 2 -

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  _____
4  _____
5  5.  Do you own or are you buying a home?           Yes ___ No ✗
6  Estimated Market Value: $____0____ Amount of Mortgage: $__0_____
7  6.  Do you own an automobile?                      Yes ___ No ✗
8  Make __N/A__ Year __N/A__ Model __N/A__
9  Is it financed? Yes ___ No ✗ If so, Total due: $ __0__
10 Monthly Payment: $ _____
11 7.  Do you have a bank account? Yes ___ No ✗ (Do not include account numbers.)
12 Name(s) and address(es) of bank: __N/A__
13 _____
14 Present balance(s): $ __0__
15 Do you own any cash? Yes ___ No ✗ Amount: $ __0__
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.) Yes ___ No ✗
18 _____
19 8.  What are your monthly expenses?
20 Rent: $ __N/A__                    Utilities: __N/A__
21 Food: $ __N/A__                    Clothing: __N/A__
22 Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| 0 | $ 0 | $ 0 |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

27 9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____                - 3 -

1  _____

2  _____

3  10.   Does the complaint which you are seeking to file raise claims that have been presented in

4  other lawsuits?                                Yes ____  No ✗

5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6  they were filed.

                        N/A

7  _____

8  _____

9       I consent to prison officials withdrawing from my trust account and paying to the court the

10  initial partial filing fee and all installment payments required by the court.

11       I declare under the penalty of perjury that the foregoing is true and correct and understand

12  that a false statement herein may result in the dismissal of my claims.

13

14  Sept 2, 2007                                 *[signature]*
      _____                              _____

15       DATE                                         SIGNATURE OF APPLICANT

16                                                       RUCHELL   CINQUE   MAGEE

17

18

19

20

21

22

23

24

25

26

27

28

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____              - 4 -

U.S. DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Ruchell Cinque Magee          /          NO. _____
                              /
                              /
      vs-                     /
                              /          PROOF OF SERVICE
Bill Clinton.                 /
_____        /
                              /
_____/


I hereby certify that on ____September 2,_____2007, I

Served a copy of the attached_____APPLICATION FOR CLEARANCE____

_AND ENDORSEMENT OF HABEAS CORPUS_____by placing a copy

in a postage paid envelope addressed to the person(s0 hereinafter

listed by depositin said envelope in the United States Mail at

Corcoran, California :

   Bill Clinton, Ex president
        Whitehouse
        Washington, DC


                    Jerry Brown
                     State ATTORNEY
                     455 Golden Gate Ave
                     San Francisco, CA  94102


   I declare under penalty of perjury the foregoing is true

and correct.

                                   *[signature]*
                                   RUCHELL CINQUE MAGEE