UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RUCHELL CINQUE MAGEE,      )
                           )
         Petitioner,       )
                           )
   v.                      )   Civil Action No. 07 2209
                           )
BILL CLINTON,              )
                           )
         Respondent.       )

### TRANSFER ORDER

Petitioner appears to allege that he is incarcerated notwithstanding his acquittal and thus may state a claim sounding in habeas. *Habeas corpus* actions are subject to jurisdictional and statutory limitations. *See Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484 (1973). The proper respondent in a *habeas corpus* action is the petitioner's warden. *Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). A "district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. United States Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). Therefore, the Court will transfer this matter to the district in which petitioner currently is incarcerated. Resolution of petitioner's application to proceed *in forma pauperis* is left to the transferee court to decide. Accordingly, it is hereby

**ORDERED** that this action is **TRANSFERRED** to the United States District Court

for the Northern District of North California.

    SO ORDERED.

                                                          /s/ Ellen S. Huvelle
                                                    United States District Judge

Date: 11/21/07